IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONYEIL JEROME MCINTOSH, | ) |
|     Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-23-660-D |
| STATE OF OKLAHOMA, *et al.*, | ) ) ) |
|     Respondents. | ) ) |

# **ORDER**

Upon review of the file and noting no timely objection[1] to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 7] in its entirety.

For the reasons stated therein, Petitioner's "Affidavit In Forma Pauperis" [Doc. No. 3] is **DENIED**. If Petitioner's filing fee is not received by the Clerk of Court within twenty-one (21) days of this Order, this action will be dismissed without prejudice.

---

[1] Petitioner mailed a copy of the Report and Recommendation back to the Court on September 19, 2023 [Doc. No. 8], but there were no objections—or anything other than the Report and Recommendation itself—included in the mailing.

**IT IS SO ORDERED** this 22nd day of September, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge