IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONYEIL JEROME MCINTOSH, | ) |
| Petitioner, | ) ) ) |
| v. | ) )  Case No. CIV-23-660-D |
| STATE OF OKLAHOMA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### ORDER

On September 22, 2023, the Court adopted the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell [Doc. No. 9] and ordered Petitioner to pay the requisite filing fee within twenty-one (21) days. The Court warned Petitioner that, if he did not pay the filing fee, this case would be dismissed without prejudice. Upon review of the Court file, there is no evidence that Petitioner has complied with the Court's order and paid the filing fee.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** without prejudice. A separate judgment shall be entered accordingly.

**IT IS SO ORDERED** this 22nd day of March, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge